**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00812-CV

**STEPHEN L. GOODMAN, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-02082-B**

## ORDER

We **GRANT** appellant's December 23, 2015 motion for an extension of time to file a

reply brief.  Appellant shall file a reply brief by **JANUARY 27, 2016**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE